UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
FILE NO. 2:15-CR-9-H (13)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALPHONSO PONTON, | ) | |
| Defendant. | | |

On motion of the defendant, Alphonso Ponton, and for good cause shown, it is ORDERED that Docket Entry 762 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 762.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the 13th day of June 2017.

MALCOLM J. HOWARD
Senior United States District Judge